# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Farshad Rabbenou

### DEFENDANTS
Dayan Foods, LTD., Main Event Mauzone Caterers LLC,Joseph Bodner, Martin Bodner,Edward Izzo

**(b)** County of Residence of First Listed Plaintiff **Bergen**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **Bergen County**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, Email and Telephone Number)*
Meyers Fried-Grobin, LLP,1259 Route 46 East, Building 4E,Parsippany, New Jersey 07054; 973-453-4847

Attorneys *(If Known)*
For Dayan Foods, LTD, Joseph Bodner, Martin Bodner & Edward Izzo, Raab, Sturm & Sturm, LLP., 2125 Center Avenue, Suite 100, Fort Lee, N.J. 070214, 201-292-0150

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

O 1  U.S. Government
    Plaintiff

☒3  Federal Question
    *(U.S. Government Not a Party)*

O 2  U.S. Government
    Defendant

O 4  Diversity
    *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*     *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | O 1 | O 1 | Incorporated *or* Principal Place of Business In This State | O 4 | O 4 |
| Citizen of Another State | O 2 | O 2 | Incorporated *and* Principal Place of Business In Another State | O 5 | O 5 |
| Citizen or Subject of a Foreign Country | O 3 | O 3 | Foreign Nation | O 6 | O 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| O 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | O 625 Drug Related Seizure of Property 21 USC 881 | O 422 Appeal 28 USC 158 | O 375 False Claims Act |
| O 120 Marine | O 310 Airplane | O 365 Personal Injury - Product Liability | O 690 Other | O 423 Withdrawal 28 USC 157 | O 376 Qui Tam (31 USC 3729(a)) |
| O 130 Miller Act | O 315 Airplane Product Liability | O 367 Health Care/ Pharmaceutical | | | O 400 State Reapportionment |
| O 140 Negotiable Instrument | O 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | O 410 Antitrust |
| O 150 Recovery of Overpayment & Enforcement of Judgment | O 330 Federal Employers' Liability | O 368 Asbestos Personal Injury Product Liability | | O 820 Copyrights | O 430 Banks and Banking |
| O 151 Medicare Act | O 340 Marine | **PERSONAL PROPERTY** | | O 830 Patent | O 450 Commerce |
| O 152 Recovery of Defaulted Student Loans (Excludes Veterans) | O 345 Marine Product Liability | O 370 Other Fraud | | O 840 Trademark | O 460 Deportation |
| | O 350 Motor Vehicle | O 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | O 470 Racketeer Influenced and Corrupt Organizations |
| O 153 Recovery of Overpayment of Veteran's Benefits | O 355 Motor Vehicle Product Liability | O 380 Other Personal Property Damage | ☒710 Fair Labor Standards Act | O 861 HIA (1395ff) | O 480 Consumer Credit |
| O 160 Stockholders' Suits | O 360 Other Personal Injury | O 385 Property Damage Product Liability | O 720 Labor/Management Relations | O 862 Black Lung (923) | O 490 Cable/Sat TV |
| O 190 Other Contract | O 362 Personal Injury - Medical Malpractice | | O 740 Railway Labor Act | O 863 DIWC/DIWW (405(g)) | O 850 Securities/Commodities/ Exchange |
| O 195 Contract Product Liability | | | O 751 Family and Medical Leave Act | O 864 SSID Title XVI | O 890 Other Statutory Actions |
| O 196 Franchise | | | O 790 Other Labor Litigation | O 865 RSI (405(g)) | O 891 Agricultural Acts |
| | | | O 791 Employee Retirement Income Security Act | | O 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | O 895 Freedom of Information Act |
| O 210 Land Condemnation | O 440 Other Civil Rights | **Habeas Corpus:** | | O 870 Taxes (U.S. Plaintiff or Defendant) | O 896 Arbitration |
| O 220 Foreclosure | O 441 Voting | O 463 Alien Detainee | | O 871 IRS—Third Party 26 USC 7609 | O 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| O 230 Rent Lease & Ejectment | O 442 Employment | O 510 Motions to Vacate Sentence | | | |
| O 240 Torts to Land | O 443 Housing/ Accommodations | O 530 General | | | O 950 Constitutionality of State Statutes |
| O 245 Tort Product Liability | O 445 Amer. w/Disabilities - Employment | O 535 Death Penalty | **IMMIGRATION** | | |
| O 290 All Other Real Property | O 446 Amer. w/Disabilities - Other | **Other:** | O 462 Naturalization Application | | |
| | O 448 Education | O 540 Mandamus & Other | O 465 Other Immigration Actions | | |
| | | O 550 Civil Rights | | | |
| | | O 555 Prison Condition | | | |
| | | O 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

O 1 Original Proceeding    ☒2 Removed from State Court    O 3 Remanded from Appellate Court    O 4 Reinstated or Reopened    O 5 Transferred from Another District *(specify)*    O 6 Multidistrict Litigation - Transfer    O 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1331, 1337 removal of action alleged as arising under 29 U.S.C. 207, 216(b)
Brief description of cause:
Plaintiff seeks, inter alia, relief under the FLSA for unpaid overtime.

## VII. REQUESTED IN COMPLAINT:
O CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  O Yes  O No

## VIII. RELATED CASE(S) IF ANY
*(See instructions:)*
JUDGE _____  DOCKET NUMBER _____

DATE
02/23/2017

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____