NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **FARSHAD RABBENOU,**<br><br>　　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**DAYAN FOODS, LTD., et al.,**<br><br>　　　　　　**Defendants.** | **Civil Action No. 17-1330 (ES) (MAH)**<br><br>**ORDER** |

**SALAS, DISTRICT JUDGE**

　　Pending before the Court is a joint motion for approval of the parties' settlement and for dismissal of this action *with prejudice*. (D.E. No. 39). Also pending before the Court is Defendant's motion to dismiss Plaintiff's Amended Complaint. (D.E. No. 20). For the reasons in the accompanying Memorandum Opinion,

　　IT IS on this 3rd day of August 2017,

　　**ORDERED** that the joint motion for approval of the parties' settlement and for dismissal of this action *with prejudice* (D.E. No. 39) is GRANTED;

　　**ORDERED** that the Settlement Agreement and Limited Release of Claims (D.E. No. 39-1) is APPROVED;

　　**ORDERED** that Defendants' motion to dismiss (D.E. No. 20) is DENIED as moot;

　　**ORDERED** that the Clerk of Court shall terminate docket entry numbers 20 and 39 and mark this matter CLOSED.

　　　　　　　　　　　　　　　　　　　　　　　　　*s/Esther Salas*　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　**Esther Salas, U.S.D.J.**